05
06

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

07  UNITED STATES OF AMERICA,    )   CASE NO. CR09-362-RSM
    )
08       Plaintiff,    )
    )
09      v.    )   DETENTION ORDER
    )
10  URIEL BALDOVINOS-CRUZALEY,    )
    )
11       Defendant.    )
_____)

12

13  <u>Offense charged</u>:    Conspiracy to Distribute Controlled Substances

14  <u>Date of Detention Hearing</u>:   October 21, 2009.

15      The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

16  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

17  that no condition or combination of conditions which defendant can meet will reasonably

18  assure the appearance of defendant as required and the safety of other persons and the

19  community.

20      <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

21      1.    The indictment charges a drug offense for which the maximum penalty is in

22  excess of ten years.  There is therefore a rebuttable presumption that defendant will be

01 detained. Defendant has presented nothing to rebut that presumption.

02     2.    The Government alleges that defendant is in the United States illegally, and that

03 an immigration detainer will be lodged against him in the near future. This appears to render

04 moot the issue of release or detention in this case.

05     3.    Defendant and his counsel offered nothing in opposition to the entry of an order

06 of detention, and waived any further hearing on that issue.

07     4.    There does not appear to be any condition or combination of conditions that will

08 reasonably assure the defendant's appearance at future Court hearings while addressing the

09 danger to other persons or the community.

10 It is therefore ORDERED:

11   1.  Defendant shall be detained pending trial and committed to the custody of the Attorney

12     General for confinement in a correction facility separate, to the extent practicable, from

13     persons awaiting or serving sentences or being held in custody pending appeal;

14   2.  Defendant shall be afforded reasonable opportunity for private consultation with

15     counsel;

16   3.  On order of the United States or on request of an attorney for the Government, the

17     person in charge of the corrections facility in which defendant is confined shall deliver

18     the defendant to a United States Marshal for the purpose of an appearance in connection

19     with a court proceeding; and

20   4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel

21     for the defendant, to the United States Marshal, and to the United State Pretrial Services

22     Officer.

01       DATED this <u>22nd</u> day of October, 2009.

02

                  <u>s/ John L. Weinberg</u>
03                   United States Magistrate Judge